# UNITED STATES DISTRICT COURT
### for the
Eastern District of Washington

SHADY ACRES HOMEOWNER'S ASSOCIATION,

_____   )
*Plaintiff*                                )
v.                                         )   Civil Action No.   1:18-CV-3016-RMP
                                           )
KITTITAS COUNTY, a muncipal corporation,   )
                                           )
_____
*Defendant*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Feb 14, 2019**

SEAN F. McAVOY, CLERK

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❑  the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❑  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ _____ recover costs from the plaintiff *(name)* _____ _____ .

☑  other:  Defendant's Motion for Summary Judgment is GRANTED in part and DENIED in part ECF No. 15.
Plaintiff's claims are DISMISSED WITHOUT PREJUDICE, without costs or fees for any party.

This action was *(check one)*:

❑  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❑  tried by Judge _____ without a jury and the above decision was reached.

☑  decided by Judge _____ Rosanna Malouf Peterson _____ on motion for summary judgment.

Date:  February 14, 2019 _____

CLERK OF COURT

SEAN F. McAVOY
_____

s/ Virginia Reisenauer
_____
*(By) Deputy Clerk*

Virginia Reisenauer
_____